# EXHIBIT A



CORPORATION SERVICE COMPANY

## Notice of Service of Process

null / ALL
Transmittal Number: 12710752
Date Processed: 07/09/2014

| | |
|---|---|
| Primary Contact: | Shannan R. Powell<br>Portfolio Recovery Associates, Inc.<br>140 Corporate Boulevard<br>Norfolk, VA 23502 |
| Entity: | Portfolio Recovery Associates, L.L.C.<br>Entity ID Number 1653471 |
| Entity Served: | Portfolio Recovery Associates LLC |
| Title of Action: | Kirby Spencer vs. Portfolio Recovery Associates, LLC |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Violation of State/Federal Act |
| Court/Agency: | Clark County Justice Court, Nevada |
| Case/Reference No: | 14C008535 / 4 |
| Jurisdiction Served: | Nevada |
| Date Served on CSC: | 07/08/2014 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Craig K. Perry<br>702-228-4777 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

# JUSTICE COURT, LAS VEGAS TOWNSHIP
## Clark County Nevada

|  |  |  |
|---|---|---|
| Kirby Spencer, Plaintiff(s) vs. Portfolio Recovery Associates LLC, Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 14C008535 JC DEPARTMENT 4  **SUMMONS** |

FOR COURT USE ONLY

**NOTICE: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.[1] READ THE INFORMATION BELOW.**

TO THE ABOVE-NAMED DEFENDANT: You are hereby summoned and required to serve upon Plaintiff's attorney, whose address is set forth below, an Answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.[2]

* If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:
    a. File with the Clerk of the Court, whose address is shown below, a formal written response (Answer) to the Complaint in accordance with the rules of the Court. A $71.00 filing fee is required, or you must file an Application to Proceed *In Forma Pauperis* and request a waiver of the fee. (You may obtain forms and information at the Civil Law Self-Help Center located in the Regional Justice Center or at its website at www.clarkcountycourts.us/self-help.html.)
    b. Serve a copy of your response upon the attorney whose name and address is shown below.
* Unless you respond, your default will be entered upon application of the Plaintiff, and this Court may enter a judgment against you for the relief demanded, which could result in the taking of money or property or other relief.
* If you intend to seek the advice of an attorney, you should do so promptly so that your response will be timely.

Signed: 6/13/2014 11:09:28 AM

By: _Deputy Clerk A. Griffin_   06/13/2014
**DEPUTY CLERK**    Date

Craig K. Perry # 3786
3622 North Rancho Dr
Suite 102
Las Vegas NV  89130
7022284777
Attorney Name, Address and Phone

Justice Court, Las Vegas Township
Regional Justice Center
200 Lewis Avenue
PO Box 552511

Las Vegas, NV 89155-2511

APPROPRIATE COURTROOM ATTIRE AND SHOES ARE REQUIRED. NO SHORTS, HALTER TOPS, TANK TOPS, FOOD OR DRINK ARE PERMITTED.

---

[1] Notwithstanding the above, the State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and legislators, each have 45 days after service of this Summons within which to file an Answer to the Complaint.

[2] When service of the Summons is made by publication, the Summons shall, in addition to any special statutory requirements, also contain a brief statement of the object of the action substantially as follows: "This action is brought to recover a judgment for the sum of (indicate dollar amount), due and owing, " or as the case may be. (JCRCP4(b)).

LAS VEGAS JUSTICE COURT
Electronically filed
06/11/2014 01:43:56 PM
[signature]
CLERK OF THE COURT

Craig K. Perry, Esq.
Nevada Bar No. 003786
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
(702) 228-4777 Telephone
(702) 943-7520 Fax
info@1stoplawfirm.com

Attorney for Plaintiff

## JUSTICE COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| Kirby Spencer, | CASE NO.: 14C008535 / 4 |
| Plaintiff, | |
| vs. | COMPLAINT FOR DAMAGES FOR VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227 ET. SEQ |
| PORTFOLIO RECOVERY ASSOCIATES, LLC., A Foreign Limited-Liability Company, and DOES I-X; and ROE CORPORATIONS, I-X, Inclusive, | |
| Defendant. | JURY TRIAL DEMANDED |

### COMPLAINT

COMES NOW the Kirby Spencer ("Plaintiff"), by and through his attorney, Craig K. Perry, Esq. of the law firm of Craig K. Perry & Associates, and alleges the following against Portfolio Recovery Associates, LLC., hereinafter ("Defendant PRA").

### INTRODUCTION

1. Plaintiff's Complaint is based on the Telephone Consumer Protection Act, 47 U.S.C. §227 et seq. ("TCPA").

### JURISDICTION AND VENUE

2. Jurisdiction of this Court for TCPA violations arises pursuant to 47 U.S.C § 227(b)(3),(c)(5) grants this court original jurisdiction of all civil actions arising under the laws of the United States.

-1-

3.- Defendant Portfolio Recovery Associates, LLC conducts business in the State of Nevada and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 47 U.S.C § 227(b)(3),(c)(5), because a substantial part of the events giving rise to the claim arose in Nevada, and (c)(1), because Plaintiff is a resident of the state of Nevada and because Plaintiff is a resident of the state of Nevada.

5. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

### PARTIES

6. Plaintiff is a natural person residing in Clark County, Nevada.

7. Plaintiff is both a "person" and "called party" as those terms are used or defined in 47 U.S.C § 227.

8. Defendant PRA is a collection company/agency doing business in Nevada and for whom a principal purpose of its business is the collection of debts.

9. Defendant PRA is properly referred to as both a "person" and a "caller" as those terms are used or defined in 47 U.S.C § 227.

### STATEMENT OF FACTS

10. Plaintiff repeats, re-alleges, and incorporates by reference paragraphs 1 through 9 inclusive, above.

11. On one or more occasions, contacted or attempted to contact the Plaintiff's paging service, cellular telephone service, specialized mobile radio service, radio common carrier service, or any service for which the called party is charged for the call--using a facsimile transmission, text messages, automatic telephone dialing system, artificial or prerecorded voice.

12. Defendant PRA does not have an established business relationship with the Plaintiff.

13. Defendant PRA did not have the prior express consent of the Plaintiff before making the calls described in paragraph 11 above.

///

///

# CLAIM FOR RELIEF

## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

14. Plaintiff repeats, re-alleges, and incorporates by reference paragraphs 1 through 13 inclusive, above.

15. Section 227(b)(3)(A) of the TCPA authorizes a private cause of action for a person or entity to bring in an appropriate court of that state "an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation."

16. Section 227(b)(3)(B), of the Act authorizes a private cause of action for a person or entity to bring in an appropriate court of that state "an action to recover for actual monetary loss from such a violation, or to received $500 in damages for each such violation, whichever is greater."

17. Despite the fact that Plaintiff never consented to making calls to his cellular telephone, repeatedly placed non-emergency calls to Plaintiff's cellular telephone without Plaintiff's consent.

18. The Act also authorizes the Court, in its discretion, to award up to three (3) times the actual damages sustained for violations.

19. Here, upon information and belief, repeatedly and regularly placed non-emergency, automated calls to Plaintiff's cellular telephone.

20. Defendant PRA did not have Plaintiff's express consent prior to contacting him on his cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice.

21. Defendant PRA's conduct violated § 227(b)(1)(A)(iii) of the TCPA by making any call using any automatic telephone dialing system or an artificial prerecorded voice to a telephone number assigned to a cellular telephone service.

WHEREFORE, Plaintiff, Kirby Spencer, respectfully prays for a judgment as follows:

a. Actual damages;

b. Statutory damages;

c. Reasonable attorney's fees and costs; and

d. Any other relief deemed appropriate by this Honorable Court.

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, Kirby Spencer, demands a trial by jury in this case.

Dated this 10th day of June, 2014

RESPECTFULLY SUBMITTED,

CRAIG K. PERRY & ASSOCIATES

*/s/ Craig K. Perry*

Craig K. Perry, Esq.
Nevada Bar #003786
8010 W. Sahara Ave., Suite 260
Las Vegas, Nevada 89117
(702) 228-4777
(702) 942-7520 Fax
Info@1stoplawfirm.com
Attorney for Plaintiff