# EXHIBIT B

1   LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
    JOSEPH P. GARIN, ESQ.
2   Nevada Bar No. 6653
    JESSICA A. GREEN, ESQ.
3   Nevada Bar No. 12383
    9900 Covington Cross Drive, Suite 120
4   Las Vegas, NV 89144
    Telephone: (702) 382-1500
5   Facsimile: (702) 382-1512
    jgarin@lipsonneilson.com
6   jgreen@lipsonneilson.com

7   *Attorneys for Defendant*
    *PORTFOLIO RECOVERY ASSOCIATES, LLC*
8
                          **JUSTICE COURT**
9
                    **CLARK COUNTY, NEVADA**
10

11  KIRBY SPENCER,                    )   CASE NO.: 14C008535 / 4
                                      )
12                   Plaintiff,       )
                                      )
13  vs.                               )   **NOTICE OF REMOVAL OF ACTION**
                                      )   **TO FEDERAL COURT**
14  PORTFOLIO RECOVERY ASSOCIATES,    )
    LLC, A Foreign Limited-Liability Company )
15  and DOES I-X; and ROE             )
    CORPORATIONS, I-X, Inclusive,     )
16                                    )
                     Defendant.       )
17  _____   )

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

<u>NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT</u>

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT

TO:   ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that on July __25__, 2014, Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC filed a Petition for Removal of the above-referenced matter, copies of which are attached hereto, with the Office of the Clerk of Court of the United States District Court for the District of Nevada, pursuant to 28 U.S.C. § 1332, 1441 and 1446.

The various papers filed in connection with this removal are attached hereto.

DATED this __25th__ day of July, 2014.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

_____
JOSEPH P. GARIN, ESQ. (Bar No. 6653)
JESSICA A. GREEN, ESQ. (Bar No. 12383)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500

*Attorneys for Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC*

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
(702) 382-1500

- 2 -

<u>**CERTIFICATE OF SERVICE**</u>

Pursuant to NRCP 5(b) and Administrative Order 14-2, on the __25th__ day of July, 2014, I electronically transmitted the foregoing <u>**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**</u> to the Clerk's Office using the Odyssey E-File & Serve system for filing and transmittal to the following Odyssey E-File & Serve registrants:

Craig K. Perry, Esq.
Craig K. Perry & Associates
8010 W. Sahara Avenue, Suite 260
Las Vegas, NV 89117

*Attorney for Plaintiff*

/s/ Kim Glad
_____
An employee of
LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.